Timothy Nichols (#12610)
tnichols@wnlaw.com
Brian N. Platt (#17099)
bplatt@wnlaw.com
**WORKMAN NYDEGGER**
60 East South Temple Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

*Attorneys for DP Creations, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DP CREATIONS, LLC dba BOUNTIFUL BABY, a Utah limited liability company<br><br>　　　Plaintiff,<br><br>vs.<br><br>XURONG ZHANG dba KEPUHONGZAOYE, an unknown business entity, and JOHN DOES 1-10, unknown persons,<br><br>　　　Defendant. | Case No. 2:22-cv-00693-DBB-JCB<br><br>**DECLARATION OF BRIAN N. PLATT IN SUPPORT OF CLAIM FOR ATTORNEYS' FEES**<br><br>District Judge David Barlow<br>Magistrate Judge Jared C. Bennett |

　　　1.　　I am a shareholder with the law firm of Workman Nydegger and lead counsel for Plaintiff, DP Creations, LLC dba Bountiful Baby ("Bountiful Baby") in the above-captioned action.

　　　2.　　As a shareholder of Workman Nydegger and as lead counsel, I have access to the books and records of Workman Nydegger and am aware of the fees and costs expended by Workman Nydegger on behalf of Bountiful Baby.

1

3. I make this declaration based on my own personal knowledge and records maintained by Workman Nydegger in the ordinary course of business, to which I have access and upon which I rely in the course of performing my duties for Workman Nydegger and its clients, including Bountiful Baby.

4. I have reviewed the billings of my firm associated with this matter. Those billings include services rendered by me and my paralegal, Jennifer Hunter.

5. Attached as Exhibit A is a detailed breakdown of the fees and costs expended in pursuing the claims in this matter. The table includes the dates the services were rendered, the name of the professional rendering the services, the hours spent on a particular date by the professional, the hourly rate of the professional, the total value of service rendered on each day for which fees are claimed, and a detailed description of the services rendered, separated by task and billed in 1/10th hour increments.

6. The following table summarizes the fees claimed in this declaration for services rendered by Workman Nydegger, including the name of the legal professional, the total number of hours spent, the hourly rate of the professional and the total dollars billed.

**Attorney's Fees to date for litigation against Defendants**

| Biller | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| Brian Platt | 18.40 | $525 | $9,660.00 |
| Jennifer Hunter | 23.90 | $325 | $7,631.50 |
| Total Fees | | | $17,291.50 |

**Costs to date for litigation against Defendants**

| Costs | Date | Amount |
|---|---|---|
| Complaint court filing fee | 10/28/2022 | $402.00 |
| Process Service | 6/13/2023 | $65.30 |
| Research database | 6/30/2023 | $77.62 |
| Amazon Fees re Subpoena response | 7/24/2023 | 2000.00 |
| **Total Costs** | | **$2,544.92** |

Experience of Professionals Performing Services for Bountiful Baby

7. I graduated *summa cum laude* from the Seattle University School of Law in 2003 and have been in practice for approximately 19 years. I served as a judicial law clerk for the Honorable Thomas S. Zilly (2004-2005 and 2006-2007) and the Honorable James L. Robart (2006) in the U.S. District Court for the Western District of Washington. A summary of my relevant experience is attached as Exhibit B. My practice focuses on complex commercial litigation, ecommerce disputes, and intellectual property litigation. My billing rate for this action was $525 per hour.

8. Jennifer Hunter graduated from the University of Utah with a B.S. in Sociology and Criminology in 2011, and received a Master of Professional Studies, Paralegal Studies, from the George Washington University in 2015. She has approximately 20 years of experience as a litigation paralegal in complex intellectual property and commercial litigation. She is admitted to the paralegal division of the Utah State Bar and was selected as 2021 Utah Paralegal of the Year by the paralegal division of the Utah State Bar. A summary of Ms. Hunter's education and experience is attached as Exhibit C. Ms. Hunter's billing rate for this action was $325 per hour.

Reasonableness of Hourly Rates, Number of Hours Expended and Fees Charged

9. I am familiar with rates charged by attorneys of my experience level and the rates charged by paralegals having the experience of Ms. Hunter. It is my professional opinion that

the rates charged by the various professionals identified in this declaration are reasonable, given their experience.

10. I have carefully reviewed the hours reported on Exhibit A and it is my professional opinion that the hours worked and charged to Bountiful Baby are reasonable for a matter of this scope and complexity.

11. I declare under penalties of perjury under the United States that the statements set forth herein are true and correct to the best of my knowledge and understanding.

DATED this 15th day of October, 2023.

                                      Respectfully submitted,

                                      /s/ *Brian N. Platt*