# EXHIBIT A

**Time**

| Date | Name | Description | Hrs | Amt | Rate | Narrative |
|---|---|---|---|---|---|---|
| 10/28/2022 | Hunter, Jennifer H | PARALEGALS | 3.20 | 1,040.00 | 325.00 | Review, revise and finalize Verified Complaint and prepare corresponding exhibits; draft civil cover sheet and corporate disclosure statement; submit complaint and civil cover sheet to court for case initiation; update case information and file complaint and supporting documents with Court. |
| 11/07/2022 | Hunter, Jennifer H | PARALEGALS | 1.70 | 416.50 | 325.00 | Review and finalize First Amended Complaint and prepare corresponding exhibits; file with court. |
| 01/11/2023 | Hunter, Jennifer H | PARALEGALS | 1.30 | 422.50 | 325.00 | Review and finalize Motion for Alternative Service, draft proposed Order; finalize and file motion and order with court and send proposed order to chambers for consideration. |
| 01/13/2023 | Hunter, Jennifer | PARALEGALS | 0.40 | 130.00 | 325.00 | Draft and submit Summons for clerks to issue for service. |
| 01/17/2023 | Hunter, Jennifer H | PARALEGALS | 1.40 | 455.00 | 325.00 | Draft and serve Summons and Complaint on defendants pursuant to court order; draft Declaration of Proof of Service and prepare corresponding exhibits and file declaration and exhibits with Court. |
| 01/19/2023 | Hunter, Jennifer H | PARALEGALS | 1.00 | 325.00 | 325.00 | Draft Executed Summons Returns with corresponding exhibits for each defendant and file same with court. |
| 03/24/2023 | Hunter, Jennifer H | PARALEGALS | 1.80 | 585.00 | 325.00 | Draft and file Motion for Entry of Default and proposed Default Certificate as to the defendants. |
| 03/30/2023 | Hunter, Jennifer H | PARALEGALS | 2.20 | 715.00 | 325.00 | Draft Motion for Default Judgment; request accounting records for same |
| 04/12/2023 | Hunter, Jennifer | PARALEGALS | 2.70 | 877.50 | 325.00 | Begin drafting Motion for Default Judgment |
| 04/13/2023 | Hunter, Jennifer | PARALEGALS | 3.10 | 1,007.50 | 325.00 | Complete draft Motion for Default Judgment; |
| 04/14/2023 | Hunter, Jennifer H | PARALEGALS | 1.60 | 520.00 | 325.00 | Begin drafting N. Pratt declaration supporting Motion for Default Judgment |
| 06/06/2023 | Hunter, Jennifer H | PARALEGALS | 2.40 | 780.00 | 325.00 | Review and revise Motion for Discovery, cite check and hyperlink case law (1.6); review, revise and finalize Response to Order to Show Cause (.30); file motion and response with court. |
| 06/09/2023 | Hunter, Jennifer H | PARALEGALS | 1.10 | 357.50 | 325.00 | Revise and finalize subpoena to Amazon; finalize corresponding exhibits; locate and coordinate with process server for service on Amazon. |
|  |  |  | 23.90 | 7,631.50 |  |  |
| 10/26/2022 | Platt, Brian N | SHAREHOLDERS | 1.40 | 735.00 | 525.00 | Attention to drafting of Jihong Complaint; |
| 10/27/2022 | Platt, Brian N | SHAREHOLDERS | 2.50 | 1,312.50 | 525.00 | Continue drafting Complaint against Jihong; |

| Date | Timekeeper | Matter | Hours | Amount | Rate | Narrative |
|---|---|---|---|---|---|---|
| 11/06/2022 | Platt, Brian N | SHAREHOLDERS | 2.40 | 1,260.00 | 525.00 | Prepare Jihong and Zhang First Amended Complaint and conference with J.Hunter regarding review and filing of same; |
| 11/07/2022 | Platt, Brian N | SHAREHOLDERS | 1.40 | 735.00 | 525.00 | Continue revisions to Complaint; |
| 12/23/2022 | Platt, Brian N | SHAREHOLDERS | 1.40 | 735.00 | 525.00 | Draft and revise motion for alternative service; |
| 12/27/2022 | Platt, Brian N | SHAREHOLDERS | 0.20 | 105.00 | 525.00 | Proofing and revision of motion for alternate service; |
| 06/05/2023 | Platt, Brian N | SHAREHOLDERS | 0.30 | 157.50 | 525.00 | Draft and finalize response to order to show cause regarding Jihong; |
| 06/06/2023 | Platt, Brian N | SHAREHOLDERS | 0.80 | 420.00 | 525.00 | Draft motion for discovery after default and finalize same for filing; |
| 06/08/2023 | Platt, Brian N | SHAREHOLDERS | 1.00 | 525.00 | 525.00 | Draft subpoena and attachments to Amazon pursuant to the Court's authorization to file same; |
| 07/05/2023 | Platt, Brian N | SHAREHOLDERS | 0.30 | 157.50 | 525.00 | Email correspondence with Amazon regarding meet and confer and production of sales information; |
| 07/11/2023 | Platt, Brian N | SHAREHOLDERS | 0.50 | 262.50 | 525.00 | Conference with Amazon regarding meet and confer conferences re: subpoenas; |
| 07/12/2023 | Platt, Brian N | SHAREHOLDERS | 0.50 | 262.50 | 525.00 | Meet and confer re: subpoena response; |
| 07/24/2023 | Platt, Brian N | SHAREHOLDERS | 0.40 | 210.00 | 525.00 | Conference with Amazon counsel regarding subpoena; |
| 09/19/2023 | Platt, Brian N | SHAREHOLDERS | 0.50 | 262.50 | 525.00 | Review sales information provided by Amazon; |
| 09/29/2023 | Platt, Brian N | SHAREHOLDERS | 2.00 | 1,050.00 | 525.00 | Drafting motion for default judgment; telephone conference with Nevin regarding strategy for same; |
| 09/30/2023 | Platt, Brian N | SHAREHOLDERS | 2.80 | 1,470.00 | 525.00 | Drafting motion for default judgment; |
| | | | 18.40 | 9,660.00 | | |
| | | | 42.30 | 17,291.50 | | |

## Costs

| Date | Description | Amt | Narrative |
|---|---|---|---|
| 10/28/2022 | Court Fees | 402.00 | Utah District Court Complaint Filing Fee |
| 06/13/2023 | Service of Process | 65.30 | Service of subpoena to Amazon.com, Court OPS # DS074523 |
| 06/30/2023 | Legal Research Database Access | 77.62 | Legal Research Database Access, West Payment Center |
| 7/24/2023 | Amazon Fees Subpoena Response | 2,000.00 | Associate Fees, Davis Wright Tremaine LLP # SUB1015675 |
| | | 2,544.92 | |
| | | 19,836.42 | |