# EXHIBIT B

Brian N. Platt

Education

    J.D., Suma Cum Laude, Seattle University School of Law, 2003

    B.S., Engineering, Walla Walla University, 1995

Admissions

    Washington State Bar

    Utah State Bar

    Registered Professional Engineer, State of Washington

    Registered Patent Attorney, U.S. Patent and Trademark Office

    U.S. District Court of Utah

    U.S. District Court of Washington

    U.S. District Court of Colorado

    U.S. District Court of Illinois

Achievements

    Seattle University School of Law, CALI Excellence for the Future Award: Contracts, 2001; Administrative Law, 2001; Business Entities, 2002; Patent & Trade Secret Law, 2002; Jurisprudence, 2002

    Seattle University School of Law Presidential Scholarship Award: 2000, 2001, 2002

    Seattle University School of Law, Cheney Legal Writing Scholarship, First Place 2001