# EXHIBIT C

Jennifer Hunter

<u>Education</u>

Master of Professional Studies, Paralegal Studies, The George Washington University, 2015

B.S., Sociology and Criminology, University of Utah, 2011

<u>Admissions</u>

Paralegal division, Utah State Bar